## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMY R. MITCHELL and CONNIE MITCHELL<br>　　　　Plaintiffs,<br><br>VS.<br><br>ATWOOD &MORRILL CO., INC., et al.,<br><br>　　　　Defendants. | §<br>§<br>§<br>§ CIVIL ACTION NO. 1:15-cv-00958-SLR-SRF<br>§<br>§<br>§<br>§<br>§<br>§ |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, this 26th day of January 2016, by and between Plaintiffs, through their counsel, and General Electric Company, through its counsel, and subject to the approval of the Court, that all claims and cross-claims, against General Electric Company in the above-captioned action(s) are hereby dismissed without prejudice with each party to bear their own costs.

| | |
|---|---|
| **LAW OFFICE OF**<br>　**A. DALE BOWERS, PA** | **SWARTZ CAMPBELL, LLC** |
| BY: /s/A. Dale Bowers<br>　　A. Dale Bowers, #3932<br>　　203 N. Maryland Ave.<br>　　Wilmington, DE 19804<br>　　Attorney for Plaintiffs | BY: /s/Beth E. Valocchi<br>　　Beth E. Valocchi, #2294<br>　　300 Delaware Avenue, Suite 1410<br>　　Wilmington, DE 19801<br>　　Attorneys for Defendant |

SO ORDERED this _____ day of _____, 2016

_____
UNITED STATES DISTRICT JUDGE