IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMY R. MITCHELL and<br>CONNIE MITCHELL, his wife,<br><br>    Plaintiffs,<br><br>v.<br><br>ATWOOD & MORILL CO., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 15-958-SLR-SRF<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 19th day of September, 2016, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on August 29, 2016, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 91) is adopted.

2. Defendants' motions for summary judgment (D.I. 69 and D.I. 76) are granted and all claims against them are dismissed with prejudice.

3. The Clerk of Court is directed to enter judgment in favor of Defendants Atwood & Morrill Co. and Carrier Corp. and against Plaintiffs Jimmy R. Mitchell and Connie Mitchell .

                                                              _____
                                                              United States District Judge